**Robbie MOUZON, Plaintiff–Appellant,**

v.

**James CLAUSON, Officer; Sgt. Hair; Aubrey Kelly, Individual and in their Official Capacities, Defendants–Appellees,**

**and**

**James Metts, Sheriff, Defendant.**

No. 14–6713.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 24, 2014.

Robbie Mouzon, Appellant Pro Se. William Henry Davidson, II, David Allan DeMasters, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Mouzon appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mouzon v. Clawson,* No. 1:13–cv–00818–RBH, 2014 WL 1668293 (D.S.C. Apr. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*